NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SRI INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

**v.**

**CISCO SYSTEMS, INC.,**
*Defendant-Appellant*

---

2017-2223

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-01534-SLR-SRF, Judge Sue L. Robinson.

---

## ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

### O R D E R

Appellant Cisco Systems, Inc., filed a combined petition for panel rehearing and rehearing en banc on May 10,

2019.  A response to the petition was invited by the court and filed by Appellee SRI International, Inc.  The petition was referred to the panel that heard the appeal and was thereafter referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

1)  The petition for panel rehearing is granted in part and denied in part.  See accompanying order.

2)  The petition for rehearing en banc is denied.

3)  The mandate of this court will issue on August 19, 2019.

FOR THE COURT

July 12, 2019                    /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court